**No. 09-8950. Kwadene Livingston, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1912, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2389.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8959. Robert A. Crump, Petitioner v. John Evans, Warden.**

559 U.S. 1018, 130 S. Ct. 1912, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2423.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8962. Ronell Smith, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1912, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2482.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 351 Fed. Appx. 635.

**No. 09-8963. Bradley Winters, Petitioner v. United States.**

559 U.S. 1018, 130 S. Ct. 1913, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2449.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8964. Jannice McLain Schmidt, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1913, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2531.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 353 Fed. Appx. 132.

**No. 09-8966. Elijah Givens, Petitioner v. Washington.**

559 U.S. 1019, 130 S. Ct. 1913, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2464.

March 22, 2010. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

Same case below, 149 Wash. App. 1041.

**No. 09-8969. Michael J. Piskanin, Petitioner v. United States.**

559 U.S. 1019, 130 S. Ct. 1913, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2504,

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8970. Robert C. Cervantez, Petitioner v. C. K., Pliler, Warden.**

559 U.S. 1019, 130 S. Ct. 1913, 176 L. Ed. 2d 386, 2010 U.S. LEXIS 2352.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 737.